# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | CASE NO. 1:09-CV-01688-AWI-DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| STATE OF CALIFORNIA, et al., | (DOC. 13) |
| Defendants. | |

Plaintiff Leonard Ransom, Jr. ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action.

On December 15, 2010, Plaintiff filed a notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Doc. 13. An action may be dismissed by a plaintiff by filing a notice of dismissal signed by all the parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff is the only party to appear in this action. Pursuant to this notice, the Court HEREBY ORDERS the Clerk of the Court to close this action. This dismissal is without prejudice.

IT IS SO ORDERED.

Dated:   January 5, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1